IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**JONATHAN HARRISON**,

   Plaintiff,

vs.

**LANGE TRUCKING, INC.; WILLIAM LANGEHUIZEN** aka "Willy Lange"; **ROBERT LANGENHUIZEN** aka "Bob Lange"; **STEVE BAILEY;** and **DAVID ROGERS**,

   Defendants.

Civil Case No. 10-322-KI

ORDER OF DISMISSAL

  Mitra Shahri
  Daniel Le Roux
  Joel Christiansen
  Mitra Law Group
  The American Bank Building
  621 SW Morrison Street, Suite 1300
  Portland, Oregon  97205

   Attorneys for Plaintiff

Page 1 - ORDER OF DISMISSAL

Catherine L. Arias
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland , CA 94612

Mary Anne S. Rayburn
Martin Bischoff Templeton Langslet & Hoffman
888 SW Fifth Avenue, Suite 900
Portland , OR 97204

       Attorneys for Defendants

KING, Judge:

The Stipulated Motion of Dismissal (#8) is granted. Defendant David Rogers, substituted as defendant United States, is dismissed without prejudice and with no award of costs or attorney fees to either party.

IT IS SO ORDERED.

Dated this ____7th____ day of April, 2010.

                                  /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge